UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                )
                      )    CASE NO 03-70230-pwb
DEBORAH A. JACKSON-ALLEN    )    CHAPTER 7
                      )
　　　Debtor.         )

## AMENDED
## CHAPTER 7 DIVIDEND DISTRIBUTION REPORT

The approved final distributions in the above styled case are:

Chapter 7 administrative expenses:

| APPLICANT'S NAME | FEES | EXPENSES | TOTAL |
|---|---|---|---|
| Trustee, Tamara Miles Ogier | $2,798.97 | $ 84.00 | $ 2,882.97 |
| Counsel for Trustee, Ellenberg, Ogier, Rothschild & Rosenfeld, P.C. | $2,838.00 | $ 2.48 | $ 2,840.48 |
| Clerk, U.S. Bankruptcy Ct |  | $ 260.00 | $ 260.00 |

PRIORITY CLAIM:

| CLAIMANT | AMOUNT OF CLAIM | DISTRIBUTION |
|---|---|---|
| Internal Revenue Service | $1,306.41 | $ 1,306.41 |

UNSECURED CLAIMS:

| Internal Revenue Service | $ 213.38 | $ 213.38 |
|---|---|---|

SUBORDINATED CLAIMS:

| Internal Revenue Service | $1,168.00 | $1,168.00 |
|---|---|---|
| Internal Revenue Service | $ 190.77 | $ 190.77 |

Surplus to Debtor:    $4,023.18

TOTAL DISTRIBUTION: $12,885.19

Note:  Additional interest is in the amount of $3.01

| Prepared by: | Reviewed and approved by: |
|---|---|
| _____/s/_____<br>Tamara Miles Ogier<br>Chapter 7 Trustee<br>170 Mitchell St., SW<br>Atlanta, GA 30303<br>(404) 525-4000 | *s/ Martin P. Ochs*<br>MARTIN P. OCHS, ESQUIRE<br>NY Bar No.: MO-1203<br>Georgia Bar No.: 091608<br>**United States Department of Justice**<br>*Office of the United States Trustee*<br>Suite 362, Richard B. Russell Building<br>75 Spring Street, S.W.<br>Atlanta, Georgia  30303<br>(404)-331-4437, ext. 139<br>Martin.P.Ochs@usdoj.gov |